UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| OAKLEY, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | No. 1:22-cv-01596-RLY-MJD |
| ) | |
| BATTER'S BOX TRAINING, LLC, ) | |
| SHAWN LESSOR, and ) | |
| BRANDI PIERSON, ) | |
| ) | |
| Defendants. ) | |

## FINAL JUDGMENT

Today, the court dismissed the action on a motion by the plaintiff. The court now enters final judgment.

**IT IS SO ORDERED** this 16th day of April 2024.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: ___Dina M. Dafle___
Deputy Clerk, U.S. District Court

Distributed Electronically to Registered Counsel of Record.

1